KEB

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Jehad Mohammed Ghazi Alazzam,

Petitioner,

v.

Eric Rokosky, et al.,

Respondents.

No. CV-26-05308-PHX-JEM

**ORDER**

Petitioner challenged his present immigration detention, arguing he was previously released from immigration detention and was redetained without a bond hearing, he is improperly subject to mandatory detention, and the denial of a renewed bond hearing violates 8 U.S.C. § 1226(a).  (Doc. 1.)  Pursuant to General Order 26-09, the Court directed Respondents to show cause why the Petition should not be granted.  (Doc. 5.)

In their Response, Respondents state, "[t]he Government does not oppose a bond hearing."  (Doc. 8.)  But because Respondents failed to provide any justification for Petitioner's re-detention, the Court finds the defense waived.  *See N-E-M-B v. Wamsley*, No. CV-25-00989-SI, 2025 WL 3527111, at *7 (D. Or. Dec. 9, 2025) ("Respondents do not challenge any aspect of the Petition on the merits and thus the Court finds that Respondents have waived such challenges and conceded those aspects of the Petition."); *Soleimani v. LaRose*, No. CV-25-03082-DMS-DEB, 2025 WL 3268412, at *3 (S.D. Cal. Nov. 24, 2025) (granting petition because "[b]y failing to respond to the claims actually asserted, Respondents have conceded the claims"); *cf. Jenkins v. Cnty. of Riverside*, 398

F.3d 1093, 1095 n.4 (9th Cir. 2005) ("Jenkins abandoned her other two claims by not raising them in opposition to the County's motion for summary judgment.").

The Petition will therefore be granted, and Petitioner ordered released from custody immediately.

**IT IS THEREFORE ORDERED** Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted**.

**IT IS FURTHER ORDERED** Respondents must immediately release Petitioner from custody under the same conditions that existed before his detention.

**IT IS FURTHER ORDERED** Respondents must provide a notice of compliance within **two business days** of Petitioner's release.

**IT IS FINALLY ORDERED** any pending motions are denied as moot and the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 6th day of August, 2026.

_____
James E. Marner
United States Magistrate Judge

- 2 -